UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Brian Ramsey,<br><br>            Plaintiff<br><br>v.<br><br>GoDaddy.com LLC,<br><br>            Defendant | Case No.: 2:24-cv-01742-CDS-BNW<br><br>**Order Granting Plaintiff's Withdrawal of Emergency Motion for Injunctive Relief and Ordering Plaintiff to Show Cause**<br><br>[ECF Nos. 2, 9] |

      Plaintiff Brian Ramsey initiated this action by filing a complaint and an emergency motion for preliminary injunction. ECF No. 1; ECF No. 2. Ramsey seeks an order compelling defendant GoDaddy.com to restore his account access and the DNS record. ECF No. 1 at 4. Subsequent to the filing of the complaint and request for emergency injunctive relief, Ramsey moved to withdraw his emergency motion for injunctive relief as moot. ECF No. 9. In that motion, he states that access to his GoDaddy account is restored, and thus Ramsey was able to restore his DNS record and MX information. *Id.* Because the circumstances underlying his emergency motion have changed, rendering it moot, Ramsey's request to withdraw is granted. However, Ramsey's withdrawal does not address his intentions as to the complaint; therefore, the court seeks clarification. Ramsey is ordered to show cause, in writing, on or before October 4, 2024, whether he intends to pursue this action or to voluntarily dismiss his suit under Federal Rule of Civil Procedure 41.

## Conclusion

      It is ordered that Ramsey's request to withdraw **[ECF No. 9] is granted**, so his emergency preliminary injunction motion **[ECF No. 2] is denied as moot**. Ramsey is further

ordered to show cause, in writing, on or before October 3, 2024, whether he intends to pursue this action or to voluntarily dismiss his suit under Federal Rule of Civil Procedure 41.

Dated: September 27, 2024

_____
Cristina D. Silva
United States District Judge