# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brian J. Ramsey, | Case No.: 2:24-cr-01742-CDS-BNW |
| Plaintiff | **Order Closing Case** |
| v. | |
| GoDaddy.com, LLC, | [ECF No. 12] |
| Defendant | |

    Plaintiff Brian Ramsey moves to voluntarily dismiss his claims against defendant GoDaddy.com LLC. The court construes his motion to dismiss as a voluntary dismissal under Federal Rule of Civil Procedure 41. Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order before a party serves an answer or a motion for summary judgment. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). A dismissal under Rule 41(a)(1) is effective on filing, and no court order is required. *Id.* at 1078. Here, the defendant has not been served, filed an answer or motion for summary judgment, or otherwise appeared in this action.

    Once a party files a voluntary dismissal **[ECF No. 12]**, no order of the court is necessary to effectuate dismissal. Therefore, the Clerk of Court is kindly instructed to close this case.

Dated: October 9, 2024

_____
Cristina D. Silva
United States District Judge